IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.    98-cr-00286-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAGE PENK,

        Defendant.
_____

ORDER OF DISCHARGE
_____

Pursuant to the hearing held today and upon the evidence presented and after consideration of the statements of counsel, Assistant United States Attorney James Allison and counsel for the defendant, Janine Yunker, and upon the statements made by Page Penk directly to the Court, the Court finds and concludes that Page Penk has demonstrated by clear and convincing evidence that his release and discharge from conditional release will not create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect and it is therefore

ORDERED that Page Penk is released from court supervision and discharged from the jurisdiction of this court.

DATED: January 5, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge